UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF MARYLAND

In re:  )
        )
    KIMYA D. CRAWFORD  )   Chapter 7
        )
        Debtor.  )

## DECLARATION OF PRO SE ASSISTANCE

I, __KIMYA D. CRAWFORD__, received free legal assistance in preparing my bankruptcy forms from the legal aid nonprofit Upsolve. Upsolve is a national legal aid nonprofit funded by the Legal Services Corporation and leading philanthropic foundations. It provides free Chapter 7 assistance for low-income debtors who need a fresh start but cannot afford counsel.

Upsolve is not my attorney. I am filing this case without a lawyer or "pro se." Because Upsolve has provided its services pro bono, Upsolve is **not a petition preparer under Section 110 of the Bankruptcy Code**, and Official Form 119 is not required and has not been provided.

x _[signature]_                         Date: 10/31/19
Signature of Debtor 1, Filing Pro Se

Upsolve Contact Information:

TINA TRAN, MANAGING ATTORNEY

TINA@UPSOLVE.ORG