Entered: June 10th, 2020
Signed: June 10th, 2020

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KIMYA D. CRAWFORD, | ) | Case No. 19-24551-MMH |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | |
| | ) | |
| RENEE PETERSON, | ) | Case No. 19-24045-DER |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |

**ORDER FURTHER CONTINUING HEARING**

Upon consideration of the Status Report in Response to Court's March 19, 2020 Order filed on May 18, 2020 (the "Status Report"), the Court finding that the granting of a further continuance sine die is appropriate due to current operational status of the United States Bankruptcy Court for the District of Maryland during the COVID-19 Pandemic declared by the World Health Organization, as well as the U.S. District Court Standing Order 2020-11, and the necessity of the Court to continue social distancing, it is by the United States District Court for the District of Maryland,

~ 2 ~

ORDERED, that the hearing on the Orders to Show Cause entered on January 17, 2020 [Case No. 19-24551-MMH, Docket No. 19 & Case No. 19-24045-DER, Docket No. 16] is hereby continued sine die pending further order of Court; and it is further,

ORDERED, that Upsolve and its counsel as well as any other parties planning to appear for the future scheduled hearing (collectively, the "Parties") shall file a status report with the Court on or before Friday, August 7, 2020 that updates the information provided in the Status Report and provides any other information that the Parties believe may be pertinent to the Court in determining when to schedule and in what manner to conduct the hearing.

cc:   Kimya D. Crawford
      Morgan W. Fisher, Chapter 7 Trustee
      Renee Peterson
      Marc H. Baer, Chapter 7 Trustee
      Gerard R. Vetter, Assistant United States Trustee
      John P. Fitzgerald, III, Acting United States Trustee

      David Nigel Griffiths, Esq.
      Victor S. Leung, Esq.
      Robert B. Niles-Weed, Esq.
      Theodore E. Tsekerides, Esq.
      Counsel for Upsolve, Inc.
      c/o Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, NY 10153

      Holly E. Loiseau, Esq.
      Counsel for Upsolve, Inc.
      holly.loiseau@weil.com

**~ End of Order ~**