Entered: August 12th, 2020
Signed: August 12th, 2020

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KIMYA D. CRAWFORD, | ) | Case No. 19-24551-MMH |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | |
| | ) | |
| RENEE PETERSON, | ) | Case No. 19-24045-DER |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |

**ORDER FURTHER CONTINUING HEARING**

Upon consideration of the Status Report in Response to Court's June 10, 2020 Order filed on August 7, 2020 (the "Status Report"), the Court finding that the granting of a further continuance sine die is appropriate due to current operational status of the United States Bankruptcy Court for the District of Maryland during the COVID-19 Pandemic declared by the World Health Organization, as well as the U.S. District Court Standing Order 2020-11, and the necessity of the Court to continue social distancing, it is by the United States District Court for the District of Maryland,

ORDERED, that the hearing on the Orders to Show Cause entered on January 17, 2020 [Case No. 19-24551-MMH, Docket No. 19 & Case No. 19-24045-DER, Docket No. 16] is hereby continued sine die pending further order of Court; and it is further,

ORDERED, that Upsolve and its counsel as well as any other parties planning to appear for the future scheduled hearing (collectively, the "Parties") shall file a status report with the Court on or before Friday, October 30, 2020 that updates the information provided in the Status Report and provides any other information that the Parties believe may be pertinent to the Court in determining when to schedule and in what manner to conduct the hearing.

cc:    Kimya D. Crawford
Morgan W. Fisher, Chapter 7 Trustee
Renee Peterson
Marc H. Baer, Chapter 7 Trustee
Gerard R. Vetter, Assistant United States Trustee
John P. Fitzgerald, III, Acting United States Trustee

David Nigel Griffiths, Esq.
Victor S. Leung, Esq.
Robert B. Niles-Weed, Esq.
Theodore E. Tsekerides, Esq.
Counsel for Upsolve, Inc.
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Holly E. Loiseau, Esq.
Counsel for Upsolve, Inc.
holly.loiseau@weil.com

**~ End of Order ~**